No. 42106.—Protests 880161–G, etc., of Oceano Shipping Co., Inc., et al. (New York).

Opinion by KEEFE, J.   On the authority of Abstract 40880 the protests were sustained.

No. 42107.—Protests 872973–G, etc., of Otto Roth & Co., Inc. (New York)..

Opinion by KEEFE, J.   On the authority of Abstract 40880 the protests were sustained.

No. 42108.—Protests 827483–G, etc., of G. Rossano & Bro., et al. (New York).

Opinion by KEEFE, J.   On the authority of Abstract 40880 the protests were sustained.

No. 42109.—Protests 820772–G, etc., of A. Alonge & Bro. et al. (New York).

Opinion by KEEFE, J.   On the authority of Abstract 40880 the protests were sustained.

BEFORE THE THIRD DIVISION, SEPTEMBER 13, 1939

No. 42110.—Protests 633472–G, etc., of P. Pastene & Co., Inc. (New York).

Opinion by KEEFE, J.   On the authority of Abstract 40880 and *Locatelli* v. *United States* (T. D. 48284) the court sustained the protests.

No. 42111.—Protests 633500–G, etc., of Otto Roth & Co. Inc. (New York).

Opinion by KEEFE, J.   On the authority of Abstract 40880 and *Locatelli* v. *United States* (T. D. 48284) the court sustained the protests.

No. 42112.—Protests 662724–G, etc., of Cudahy Packing Co. (New York).

Opinion by KEEFE, J.   On the authority of Abstract 40880 and *Locatelli* v. *United States* (T. D. 48284) the court sustained the protests.

No. 42113.—Protests 788111–G, etc., of Cudahy Packing Co. (New York).

Opinion by KEEFE, J.   On the authority of Abstract 40880 and *Locatelli* v. *United States* (T. D. 48284) the court sustained the protests.